IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00050-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    LOREN SMITH,

    Defendant.

---

### ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is before the Court *sua sponte*. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 2, 2009** and responses to these motions shall be filed by **March 10, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **March 30, 2009 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a five-day jury trial is set for **April 6, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED: February __13__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge