# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation Officer: Doug Randolph  

Date: July 6, 2009

---

Criminal Action No. 09-cr-00050-CMA-02

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA, | Tim Neff

    Plaintiff,

v.

LOREN SMITH, | R. Michael Jackson

    Defendant.

---

## SENTENCING MINUTES
---

**9:26 a.m.**    **Court in session.**

Defendant present on bond

Change of Plea Hearing: March 12, 2009.

Defendant plead guilty to Counts One and Three of the Information.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**    Government's Motion for Sentencing Reduction for Defendant Loren Smith Pursuant to U.S.S.G § 5K1.1 **(21)** is **gratned**.

**Defendant sentenced as reflected in the record, restitution reserved**.

Defendant advised of the right to appeal.

**DEADLINES/HEARINGS:**
Restitution Hearing set for **September 11, 2009, at 3:30 p.m.**

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 day of the date of designation.

**ORDER:**   Bond is discharged.

**9:52 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:25